ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| ECCI-C METAG, JV | ) ASBCA Nos.   58833, 58863, 59029 |
| | )                                 59031, 59672, 60413 |
| | ) |
| Under Contract No.    W5J9JE-10-D-0007 | ) |

APPEARANCE FOR THE APPELLANT:      Michael A. Richard, Esq.
  Obermayer Rebmann Maxwell & Hippel LLP
  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Sarah L. Hinkle, Esq.
Geoffrey A. Mueller, Esq.
Matthew S. Tilghman, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

Edward J. McNaughton, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Memphis

ORDER OF DISMISSAL

The disputes have been settled and final payment has been made. The appeals are dismissed with prejudice.

Dated: November 4, 2020

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58833, 58863, 59029, 59031, 59672, 60413, Appeals of ECCI-C METAG, JV, rendered in conformance with the Board's Charter.

Dated: November 4, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals